TREG R. TAYLOR
ATTORNEY GENERAL

Andalyn Pace (Alaska Bar No. 1305025)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: andalyn.pace@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMY BEEBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21-cv-00012-SLG |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF CORRECTIONS, et al., GERAD ) | **DOC'S MOTION TO DISMISS** |
| ANDREWS, S.S. SGT. LCCC, ) | |
| CHASTITY WILSON, Medical ) | |
| Department Supervisor, LCCC, ) | |
| ) | |
| Defendants. ) | |

Defendant State of Alaska, Department of Corrections moves for dismissal under FRCP 12(b)(6). Plaintiff Jeremy Beebe has failed to state a claim against DOC.

Beebe filed a Complaint against DOC and DOC employees Chastity Wilson and Jerrod Andrews. He seeks monetary damages against Ms. Wilson and Sgt. Andrews for alleged violations of his 8th and 14th Amendment rights related to an altercation he had with another prisoner at the Lemon Creek Correctional Center. He makes no factual

allegations against DOC, simply naming it to the extent necessary for the Complaint.[1] His Complaint lists four causes of action, none of which are against DOC.

FRCP 8 requires a claimant to include a short and plain statement that the pleader is entitled to relief. To survive a motion to dismiss a plaintiff must "include enough facts to raise a right to relief above a speculative level."[2] It is established that "(1) courts need not accept as true legal conclusions or '[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements;' and (2) only a complaint that states a plausible claim for relief with well-pleaded facts demonstrating the pleader's entitlement to relief can survive a motion to dismiss."[3]

DOC is entitled to dismissal because Beebe has not alleged any facts supporting a claim for relief against it. Simply stating that DOC is named to the extent required for purposes of the Complaint is a mere conclusory statement that is insufficient.[4]

DATED: July 07, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By: s/Andalyn Pace/
Andalyn Pace
Assistant Attorney General
Alaska Bar No. 1305025
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501

---

[1] Complaint at para. 5.

[2] *Whitaker v. Tesla Motors, Inc.*, 985 F.3d 1173, 1176 (9th Cir. 2021).

[3] *Whitaker v. Tesla Motors, Inc.*, 985 F.3d 1173, 1176 (9th Cir. 2021).

[4] See *Whitaker v. Tesla Motors, Inc.*, 985 F.3d 1173, 1176 (9th Cir. 2021).

Phone: (907) 269-5190
Facsimile: (907) 258-0760
Email: andalyn.pace@alaska.gov
Attorney for Defendants

<u>Certificate of Service</u>
I certify that on July 7, 2021 the foregoing **DOC's Motion to Dismiss** was served by USPS mail:

Jeremy C. Beebe
P.O. Box 453
Wrangell, AK 99929

/s/Andalyn Pace
Andalyn Pace, Assistant Attorney General