TREG R. TAYLOR
ATTORNEY GENERAL

Andalyn Pace (Alaska Bar No. 1305025)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: andalyn.pace@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMY BEEBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21-cv-00012-SLG |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF CORRECTIONS, et al., GERAD ) | **NOTICE OF LODGING STATE** |
| ANDREWS, S.S. SGT. LCCC, ) | **COURT RECORD** |
| CHASTITY WILSON, Medical ) | |
| Department Supervisor, LCCC, ) | |
| ) | |
| Defendants. ) | |

Defendants Jerrod Andrews, Chastity Wilson, and State of Alaska, Department of

Corrections, by and through counsel, hereby give notice of filing the record of *Jeremy*

*Beebe v. State of Alaska, Department of Corrections, et al., Gerad Andrews, S.S. Sgt.*

*LCCC, Chastity Wilson, Medical Department Supervisor, LCCC*, Superior Court for the

State of Alaska, First Judicial District at Juneau, Case No. 1JU-21-00512 CI. The record

is identified and filed herewith:

| 1. | 02/10/2021 | Complaint |
| 2. | 02/10/2021 | Prisoner Request for Filing Fee Exemption |
| 3. | 03/08/2021 | Order on Filing Fee Exemption |
| 4. | 05/25/2021 | Sworn Affidavit |
| 5. | 06/14/2021 | Plaintiff's Notice of Address |
| 6. | 06/17/2021 | Defendants' Notice to State Court of Removal |
| 7. | 06/17/2021 | Amended Certificate of Service |

DATED: July 9, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL


By:   /s/Andalyn Pace
Andalyn Pace
Assistant Attorney General
Alaska Bar No. 1305025
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Facsimile: (907) 258-0760
Email: andalyn.pace@alaska.gov
Attorney for Defendants

Certificate of Service
I certify that on July 9, 2021 the foregoing **Notice of Lodging State Court Record** was served via USPS mail on:

Jeremy C. Beebe
P.O. Box 453
Wrangell, AK 99929

/s/Andalyn Pace
Andalyn Pace, Assistant Attorney General

*Beebe v. SOA, DOC, et al.*
Notice of Lodging State Court Record

Case No.: 1:21-cv-00012-SLG
Page 2 of 2

Jeremy Beebe / pro se
#280866
LCCC, 2000 Lemon Creek Rd.
Juneau, AK        99801

Filed in the Trial Courts
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

FEB 2 5 2021

By _____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

JEREMY BEEBE,                          )
                                       )
                    Plaintiff,         )
                                       )
vs.                                    )   Case No. 1JU-21-00512        CI
                                       )
STATE OF ALASKA, DEPARTMENT            )
OF CORRECTIONS, et. al.,               )
GERAD ANDREWS, S.S. Sgt. LCCC,         )
CHASTITY WILSON, Medical Department    )
Supervisor LCCC,                       )
                                       )
                    Defendants.        )
_____)

C O M P L A I N T

    Plaintiff, Jeremy Beebe, appearing without the benefits of counsel pro se does

thereby bring forth this complaint against named defendants, individually and/or

collectively on all triable issues and for requested relief.

## JURISDICTION AND VENUE STATEMENT

1. Jurisdiction is appropriate in the superior court, first judicial district at Juneau, Alaska over the parties and subject matter and is authorized pursuant to AS 22.10.020 to hear and decide the case.

2. Venue is proper as the parties are located in Juneau, Alaska, first judicial district and may be represented by the Attorney General's Office for the State of Alaska if they qualify.

## PARTIES

3. Paragraphs 1-2 are incorporated as if fully set forth herein.

4. Jeremy Beebe plaintiff is an Alaska prisoner [#280866] and during all times relevant to this complaint was a resident of the State of Alaska and housed by the Department of Corrections at Lemon Creek Correctional Center in Juneau, Alaska.

5. The State of Alaska, Department of Corrections, et. al., are defendants to the extent necessary in this complaint.

6. Gerad Andrews, during all times relevant to this complaint was a resident of the State of Alaska, and held the position of Shift Sergeant overseeing operations throughout the "facility" from the Booking area at the Lemon Creek Correctional Center in Juneau, Alaska and is being sued in his individual and professional capacities.

7. Chastity Wilson, during all times relevant to this complaint was a resident of the State of Alaska, and held the position of Medical Department Supervisor, overseeing all medically related matters throughout the "facility" at the Lemon Creek Correctional Center in Juneau, Alaska and is being sued in her individual and professional capacities.

## STATEMENT OF THE CASE

8. Paragraphs 1-7 are incorporated as if fully set forth herein.

-1-

9. On 10/02/2019 as the plaintiff headed for the A.A. meeting room which was located in the Chapel, about 2030 hours, a group of other prisoner's and participants of the A.A. prgram were held up at the crashgate located just before entering what is known as POST 1 and Booking area entrance gate.

10. That while waiting for the gate to open the plaintiff spoke to his supposed friend Matthew Williams stating " we really missed you at the morning Bible study, DeJesus sure could have used a hand."

11. Suddenly and without warning prisoner Matthew Williams sucker-punched the plaintiff in the face, splitting his lip deeply and injuring his jaw.

12. The punch was so violent it knocked the plaintiff to the floor causing injuries to the plaintiff's hip, knee and lower back.

13. Plaintiff did not fight back, defend himself or otherwise engage in mutual combat, remaining passive.

14. When prisoner Matthew Williams assaulted the plaintiff and while he was on the floor he called the plaintiff "a rat."

15. Officer Tim Wilson arrived on the scene apparently witnessing the assault while in the Booking Office on videofeed, and escorted prisoner Matthew Willaims to the MAX security unit.

16. S.Sgt. Gerad Andrews also having witnessed the assault in real time via videofeed, arrived and escorted the plaintiff to the Booking area.

17. Once in the Booking area S.Sgt. Gerad Andrews told the plaintiff to "clean yourself up," and plaintiff did as instructed using the lavatory located in the intake/stripout room.

18. Once the plaintiff cleaned himself up his split lip continued to bleed, and S.Sgt. Gerad Andrews secured the plaintiff in what's called the "cage."

19. S.Sgt. Gerad Andrews then spoke to the plaintiff asking him why "did you

-2-

make fun of Matt's hand?"

20. Plaintiff explained that he meant no derrogatory or hurtful statement to prisoner Matthew Williams, and that [h]e had punched him alleging the plaintiff was "a rat."

21. Plaintiff requested that he contact medical to receive medical attention for the deeply split lip and other injuries.

22. Plaintiff also requested that since he was assaulted that his injuries be documented (like those before him) via photographs.

23. S.Sgt. Gerad Andrews refused both of plaintiff's requests, even after [h]e reiterated them numerous times, and that it was common knowledge that the requests were to occur without a prisoner requesting them.

24. Also common knowledge at this "facility" practiced that if the prisoner that was assaulted did not fight back, defend himself or otherwise engage in mutual combat, after the prisoner who was assaulted had been seen and cleared by medical personnel, was also cleared to return to his respective living unit.

25. Plaintiff was treated differently than those prisoners assaulted before him and instead of being returned to his respectively living unit was eventually stripped-out and taken to the MAX-Administrative Segregation Unit.

26. The way in which the plaintiff was treated by S.Sgt. Gerad Andrews was in-consistent with common knowledge and extremely perplexing to the plaintiff who asked questions and saught reasonable outcome given the situation in which he found him-self in the Booking area.

27. At no time did medical address the requests for medical attention of the plaintiff, nor did prison officials document the injuries sustained as a result of being assaulted.

28. A clear and bonafide crime was perpetrated upon the plaintiff by prisoner Matthew Williams, and was allowed to go with no redress by prison officials.

-3-

29. Notwithstanding plaintiff's request to be seen by medical following the un-provoked assault upon him, on 10/03/2019 plaintiff submitted a Medical Request for Interview (herein after RFI) which was responded to by Chastity Wilson Medical Department Supervisor, one week later [10/10/2019] that he will "be seen by medical."

30. On 10/05/2019 plaintiff lodged another Medical RFI requesting medical attention/care, but again Chastity Wilson Medical Department Supervisor responded "you will be seen in medical."

31. On 10/08/2019 plaintiff submitted another Medical RFI for medical attention/care, and this RFI was not responded to, but merely scanned three days after request [10/11/2019].

32. Plaintiff submitted grievance(s) LC19-65 and LC19-66 reiterating the injuries inflicted upon him and that he was treated differently than those prisoners' assaulted before him by being placed into MAX-Administrative Segregation unit. These grievances were "screened" for various reasons given, and no redress of the injuries sustained the plaintiff, nor criminal charges brought against the assailant prisoner Matthew Williams by prison officials was ever instigated.

CAUSES OF ACTION

CAUSE I:

33. Paragraphs 1-32 are incorporated as if fully set forth herein.

35. Defendant Gerad Andrews failed his duty of care by gross and wanton negligence in ignoring his duty to seek medical attention for the plaintiff. This inaction amounted deliberate indifference.

36. Defendant Gerad Andrews failed to follow correctional protocol when injuries were physically visible, by not properly documenting those injuries, nor inquiring of the plaintiff of other unobvious injuries, violating Alaska Department of Corrections policy & Procedure #808.17 V.B.

37. Defendant Gerad Andrews gross and wanton misconduct denied the plaintiff his

-4-

rights under the Fourteenth Amendment to the United States Constitution to Equal Protections of the law.

38. Defendant Gerad Andrews gross and wanton misconduct violated the plaintiff's rights under the Eighth Amendment to the United States Constitution to be free from "cruel and unusual punishment."

CAUSE II:

39. Paragraphs 1-38 are incorporated as if fully set forth herein.

40. Defendant Gerad Andrews gross and wanton misconduct denied the plaintiff his right to Due Process of Law.

41. Defendant Gerad Andrews gross and wanton misconduct was violative of his duty under Alaska Department of Corrections Policy & Procedure #202.01 Code of Ethical Professional Conduct, by refusing to provide professional and compassionate service, in contacting medical department to care for plaintiff, and his injuries following an unprovoked assault upon his person.

42. Defendant Gerad Andrews gross and wanton misconduct was violative of his duty as "quasi-law enforcement" to seek police involvement when a crime of assault had been perpetrated upon the plaintiff.

43. Defendant Gerad Andrews gross and wanton misconduct of ignoring the fact the plaintiff had been assaulted and sustained numerous visible and non-obvious injuries, was an attempt to withhold the truth of the assault and injuries, with deliberate indifference to the plaintiff's well-being, which caused emotional distress and unattended to injuries to go without medical intervention.

44. Defendant Gerad Andrews having seen the actual unprovoked assault upon the plaintiff, via videofeed security camera, and taking no action required by his duty of care, under color of law, should be considered complicit of the assault of the plaintiff according to Alaska Criminal Laws.

-5-

CAUSE III:

45. Paragraphs 1-44 are incorporated as if fully set forth herein.

46. Defendant Chastity Wilson, failed her duty of care, when finally she had been notified via RFI from plaintiff, by gross and wanton neligence, ignoring her duty to inquire into the complained of injuries caused by an assault upon the plaintiff. This inaction amounted to deliberate indifference.

47. Defendant Chastity Wilson, gross and wanton misconduct denied the plaintiff his rights under the Fourteenth Amendment to the United States Constitution to Equal Protections of the law.

48. Defendant Chastity Wilson, gross and wanton misconduct violated the plaintiff's rights under the Eighth Amendment to the United States Constitution to be free from "cruel and unusual punishment."

CAUSE V:

49. Paragraphs 1-48 are incorporated as if fully set forth herein.

50. Defendant Chastity Wilson, gross and wanton misconduct denied the plaintiff his right to Due Process of law.

51. Defendant Chastity Wilson, gross and wanton misconduct violated her duty under Alaska Department of Corrections policy regarding prisoner's requesting medical services. Plaintiff submitted three Medical RFI's 10/03/2019; 10/05/2019 and the last one dated 10/08/2019 was NEVER responded to, but was scanned. Her duty of care makes it incumbant that either she addresses the complaint or she delegates it to a subordinate. This she did not do, but choose to ignore plaintiff's multiple requests, and in taking no action, as her sworn duty mandates , under color of law, is deliberate indifference.

52. Defendant Chastity Wilson gross and wanton disregard for the plaintiff and his request to be seen by medical, caused plaintiff emotional distress and anxiety.

-6-

53. Defendant Chastity Wilson, gross and wanton misconduct was negligent and in violation of her duty under Alaska Department of Corrections Policy & Procedure #202.01 Code of Ethical Professional Conduct, by (once made aware) refusing to provide professional and  compassionate service to the plaintiff, and AS 09.55.540.

<u>REQUESTED RELIEF</u>

WHEREFORE, the plaintiff Jeremy Beebe, does pray the following relief:

54. Paragraphs 1-53 are incorporated as if fully set forth herein.

55. Plaintiff seeks DECLATORY JUDGMENT.

56. Plaintiff seeks, due to the defendants' gross and wanton misconduct, deliberate indifference, purposeful disregard for their duty of care, and gross negligence that the State Attorney General should refuse to represent them in this matter.

57. Plaintiff seeks and combined award of COMPENSATORY DAMAGES in the amount of $25,000.00 [TWENTY-FIVE THOUSAND DOLLARS]

58. Plaintiff seeks and combined award of PUNITIVE DAMAGES in the amount of $ 40.000.00 [ FOURTY THOUSAND DOLLARS] this amount is meant as a deterrent against any future acts contemplated by the defendants' and the Alaska Department of Corrections that would result in the same gross and wanton, deliberate indifference of a future prisoner in like circumstances.

59. Plaintiff seeks an  combined award of EXEMPLARY DAMAGES in the amount of $35.000.00 [THIRTY-FIVE THOUSAND DOLLARS]

60. Plaintiff further seeks any awards the court finds appropriate in this case.

61. Plaintiff prays relief.

DATED this 10th day of February , 2021.

By: _____
Jeremy Beebe
Plaintiff,  pro se

-7-

THIS MATTER IS FORMALLY
ASSIGNED TO
AMY G. MEAD
SUPERIOR COURT JUDGE

IN THE DISTRICT/SUPERIOR/SUPREME COURT FOR THE STATE OF ALASKA
AT __JUNEAU__

JEREMY CHARLES BEEBE,

        Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT
OF CORRECTIONS, ET. AL.,
GERAD ANDREWS, S.S. Sgt.LCCC
CHASTITY WILSON, MEDICAL DEPARTMENT
SPERVISOR LCCC,
        Defendants.

Filed in the Trial Courts
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

FEB 2 5 2021

By_____Deputy

CASE NO. _1-JU-21- 00512 CI_

**PRISONER REQUEST FOR
FILING FEE EXEMPTION**

I, __JEREMY CHARLES BEEBE_____, request exemption from paying
      (name of prisoner)
part of the filing fee in this civil litigation against the State of Alaska. As required by
AS 09.19.010, I am submitting to the court:

1.    the following affidavit, and

2.    the attached certified copy of my account statement for the past six months from
the Department of Corrections.

## AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best
of my knowledge and belief.

1.    I am a prisoner at __Lemon Creek Correctional Center__
                              (name of correctional facility)

2.    I am attaching a filled out Financial Statement on court form CR-206.

3.    The circumstances that prevent me from paying the full filing fee are: __I cannot__
    __afford to pay the whole filing fee as i have been incarcerated__
    __since march 5th of 2018 and only make $100.00 a month for my__
    __job at lemon creek correctional center kitchen.__

4.    Nature of action:    ☐ application for post conviction relief
                               ☒ civil lawsuit
                               ☐ appeal of a civil judgment
                               ☐ appeal from final decision of an administrative agency
                               ☐ other: _____

Page 1 of 2
CIV-670 (12/14)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

AS 09.19.010 & .100
Adm. R. 10(e), Crim R. 35.1(e)
App. R. 204(b)(4) & 209(a)(6)

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 11 of 34

5. The following specific facts will, when proven, state a claim on which relief can be granted or entitle me to reversal on appeal: That i jeremy Beebe was assaulted and was grosely neglected by not being given proper medical attention by staff members at L.C.C.C.

_2-10-21_
Date

_Jeremy CBeebe_
Prisoner's Signature

Subscribed and sworn to or affirmed before me at ___Juneau___, Alaska on
_2/10/21_
(date)

(SEAL)

STATE OF ALASKA
OFFICIAL SEAL
Martin J. Carabajal
NOTARY PUBLIC
My Commission Expires With Office

Notary Public or other person authorized to administer oaths.
My commission expires _With office_

## ORDER

It is ordered that the above request is

☐ GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying the full filing fee. The required filing fee will be $ _____
(Minimum required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average balance in prisoner's account.)

☐ DENIED. The court finds that no exceptional circumstances prevent the prisoner from paying the full filing fee.

**Notice: This case may be dismissed without further notice unless the required filing fee is paid within 30 days after the date of distribution of this order.**

_____
Date

_____
Judge

I certify that on _____
a copy of this order was sent to:

_____
Type or Print Name

Clerk: _____

Page 2 of 2
CIV-670 (12/14)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

AS 09.19.010 & .100
Adm. R. 10(e), Crim R. 35.1(e)
App. R. 204(b)(1) & 209(a)(6)

Case 1:21-cv-00012-SLG Document 10 Filed 07/09/21 Page 12 of 34

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __JUNEAU__

☐ State of Alaska
☒ In the Matter of
☐ Jeremy charles Beebe,
vs.                    Plaintiff,
STATE OF ALASKA, Department of
Corrections, GERAD ANDREWS, CHASTITY
Defendant or Minor.    WILSON,

CASE NO. 1-JU-21- 00512 CI

**FINANCIAL STATEMENT**
☐ For Appointment of Counsel
☐ For Restitution

Full Name __Jeremy Charles Beebe__ Date of Birth __12-07-1973__
Residence Address __2000 Lemon Creek Road, Juneau Alaska 99835__
Mailing Address __Same as residence Address__
Email Address __N/A__ Soc. Sec. No.[1] ▓▓▓▓▓▓▓
Home Phone __N/A__ Work Phone __N/A__ Cell Phone __N/A__

Are you under the age of 18? ☒ No ☐ Yes. If yes, one of your parents must appear and provide financial information regarding the income of both parents.

Have you filled out a financial statement to apply for a court-appointed attorney within the past 12 months? ☐ Yes ☒ No    Was an attorney appointed for you? ☐ Yes ☐ No

Are you receiving public assistance? ☒ No ☐ Yes. If yes, check those you receive:
☐ SSI ☐ Food Stamps ☐ Adult Public Assistance
☐ ATAP ☐ General Relief ☐ Medicaid

Are you working now? ☒ Yes ☐ No    If no, date last worked _____
Present employer __State of Alaska, Trevor Cox "kitchen Steward L.C.C.C."__
(If not now employed, state last employer and length of job.)
Employer's address __2000 Lemon Creek Road, JUneau Alaska 99835__
Other employers in past year _____
Are you a seasonal worker? ☐ Yes ☒ No If yes, describe: _____
Are you self-employed? ☐ Yes ☒ No If yes, describe: _____

1.    **DEFENDANT'S INCOME INFORMATION** (after taxes, but before other deductions)
       Do not include income of spouse. If under age 18, list income of defendant and parents.
       a. Current Monthly Income

|  |  |
|---|---|
| Wages | $ 100.00 |
| Social Security | $ _____ |
| Public Assistance | $ _____ |
| Unemployment | $ _____ |
| Self-Employment Income (attach proof [2]) | $ _____ |
| Other (specify) _____ | $ _____ |
| **Total Monthly Income** | $ 100.00 |

       b. Permanent Fund Dividends received in last 12 months    $ _____
       c. ANCSA or other corporate dividends received in last 12 months    $ _____
       d. Value of gifts received in last 12 months    $ 450.00
       e. **Total Income during last 12 months**    $ 1,350

---

[1] Social Security number is not mandatory. It may be used to identify your assets.
[2] Examples include sales tax reports, bank statements, tax returns, cannery settlement statements.
Page 1 of 4
CR-206 (10/16)(cs)                                    AS 18.85
FINANCIAL STATEMENT                              Crim. R. 39 and 39.1

f. Do you expect to receive other income in the next 6 months (for example, settlements, dividends, gifts, inheritances)? ☐ Yes ☒ No
   If yes, please specify _____

2. **HOUSEHOLD MEMBERS** (People who live with you)

| Name | Age | Relationship |
|------|-----|--------------|
| N/A | | |
| | | |
| | | |

3. **MONTHLY HOUSEHOLD EXPENSES**

| Expense | Amount | Balance Owed | Past Due |
|---------|--------|--------------|----------|
| Housing (rent or mortgage) | $ 0 | $ 0 | $ 0 |
| Food | $ 0 | $ 0 | $ 0 |
| Utilities: | | | |
|    Electricity | $ 3 | $ 0 | $ 0 |
|    Gas | $ 0 | $ 0 | $ 0 |
|    Water and Sewer | $ 0 | $ 0 | $ 0 |
|    Garbage | $ 0 | $ 0 | $ 0 |
|    Telephone | $ 0 | $ 0 | $ 0 |
| Transportation (gas/bus) | $ 0 | $ 0 | $ 0 |
| Car or truck payment | $ 0 | $ 0 | $ 0 |
| Insurance | $ 0 | $ 0 | $ 0 |
| Child support and alimony | $ 0 | $ 0 | $ 0 |
| List Loans & Credit Card Debts: | | | |
| _____ | $ 0 | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 | $ 0 |
| Medical (not covered by insurance) | $ 0 | $ 0 | $ 0 |
| Childcare: _____ | $ 0 | $ 0 | $ 0 |
| IRS Back Taxes Due | $ 0 | $ 0 | $ 0 |
| **TOTALS** | $ 3 | $ 0 | $ 0 |

**ADJUSTMENTS TO EXPENSES:**

a. Are you married?  ☐ Yes  ☒ No
   If yes, list spouse's total income **after taxes** for the past 12 months
   (include gifts, settlements, inheritances, wages, dividends, etc.):  $ _____
   *Note: For purposes of deciding appointment of counsel, expenses will
   be divided between the spouses proportionate to each spouse's income.*

b. Are any household expenses paid by someone other than **you** or **your spouse**
   (such as by a roommate, parent, grandparent or child)? ☒ No ☐ Yes. If yes, list:

| Name | Relationship | $ _____ Amount |
|------|--------------|------------------|
| _____ | _____ | $ _____ Amount |
| _____ | _____ | $ _____ Amount |

Page 2 of 4
CR-206 (10/16)(cs)
FINANCIAL STATEMENT

AS 18.85
Crim. R. 39 and 39.1

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 14 of 34

4. **CASH AND ASSETS** (things you own or are buying) Include all things you own by yourself and all things you own jointly with someone else.

| | Value | Amount Still Owed |
|---|---|---|
| Cash | $ 0 | |
| Bank Acct./Checking | $ 0 | |
| Bank Acct./Savings | $ 291 | |
| Stocks, Bonds, CD's | $ 0 | |
| Mutual Funds | $ 0 | |
| Retirement Plans | $ 0 | |
| Life Insurance (cash value) | $ 0 | |
| Land, Homes, Trailers | $ 0 | $ 0 |
| Motor Vehicles (describe): | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| (TV) Stereo, VCR | $ 75 | $ 0 |
| Computer Equipment | $ 0 | $ 0 |
| Snow Machines, ATVs, Sport Boats, Airplanes, Motorcycles | $ 0 | $ 0 |
| Jewelry, Precious Metals or Precious Stones | $ 0 | $ 0 |
| Furs......................................... | $ 0 | $ 0 |
| Collections (Coins, Ivory, etc.) | $ 0 | $ 0 |
| Tools ...................................... | $ 0 | $ 0 |
| Guns ...................................... | $ 0 | $ 0 |
| Sports Equipment (Kayaks, Skis, Scuba Gear, etc.) | $ 0 | $ 0 |
| Fishing Gear, Nets, etc.......... | $ 0 | $ 0 |
| IFQ's, Quota Shares, etc. ........ | $ 0 | $ 0 |
| Commercial Fishing Permits.... | $ 0 | $ 0 |
| Commercial Fishing Boats....... | $ 0 | $ 0 |
| Businesses:_____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| Other:_____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| **TOTALS** | $ 366 | (-) $ 0 = $ 366 |

Do you need any of the above items to earn your living?  ☐ Yes  ☒ No
If yes, list the item and describe why you need it:

_____

_____

_____

_____

_____

Page 3 of 4
CR-206 (10/16)(cs)
FINANCIAL STATEMENT

AS 18.85
Crim. R. 39 and 39.1

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 15 of 34

5.  **CREDIT CARDS.** List all your credit cards.

| Name of Card (Visa, MC, AMEX) | Credit Limit | Balance Owed | Min. Monthly Payment |
|---|---|---|---|
| | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| N/A | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |
| | $_____ | $_____ | $_____ |

6.  **OTHER EXPENSES**

| Expense | Monthly Amount |
|---|---|
| Cable TV | $ 15 |
| Club Membership Fees | $ 0 |
| Internet Fees | $ 0 |
| Subscriptions (magazines, newspapers, etc.) | $ 0 |
| Entertainment (dining out, sporting events, etc.) | $ 0 |
| Alcohol and Tobacco | $ 0 |
| **TOTAL** | $ 15 |

## OATH

> **WARNING: Making false statements under oath is a crime.**

I declare, under oath, that the above Financial Statement is true.

| | |
|---|---|
| 2-10-21 | _____ |
| Date | Signature of Defendant or Parent |

Subscribed and sworn to or affirmed before me in ___Juneau___, Alaska
on __2/10/21__
(date)

(SEAL)

STATE OF ALASKA
OFFICIAL SEAL
Martin J. Carabajal
NOTARY PUBLIC
My Commission Expires With Office

Clerk of Court, Notary Public or other person authorized to administer oaths.
My commission expires: __With Office__

Page 4 of 4
CR-206 (10/16)(cs)
FINANCIAL STATEMENT

AS 18.85
Crim. R. 39 and 39.1

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 16 of 34

# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT

### LEMON CREEK CC

Statement Date: 07/01/2020 To: 01/08/2021

**ACCOUNT TRANSACTION DETAIL:**

| | | | | |
|---|---|---|---|---|
| Offender No: | 280866 | Location | LEMON CREEK CC | Cell: D14 B |
| Offender Name: | BEEBE, JEREMY CHARLES | | | |

| | |
|---|---|
| **Account:** | CHECKING |
| **Account** | 291.56 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 9.15 |
| 3352445-11 | 07/02/2020 | 43  -LCCCCOMMIS | -4.26 | 0.00 | 4.89 |
| 3352667-14 | 07/04/2020 | 162  -LCCCMULTI- | -4.50 | 0.00 | 0.39 |
| 3352903-53 | 07/06/2020 | 291  -PAYROLL | 0.00 | 105.60 | 105.99 |
| 3353371-5 | 07/06/2020 | 42  -LCCCCABLET | -12.00 | 0.00 | 93.99 |
| 3353404-5 | 07/06/2020 | 45  -LCCCELECFE | -3.00 | 0.00 | 90.99 |
| 3353743-1 | 07/09/2020 | 44  -LCCCCOPIES | -4.80 | 0.00 | 86.19 |
| 3353734-9 | 07/09/2020 | 43  -LCCCCOMMIS | -8.01 | 0.00 | 78.18 |
| 3353863-13 | 07/11/2020 | 162  -LCCCMULTI- | -27.50 | 0.00 | 50.68 |
| 3354144-4 | 07/15/2020 | 44  -LCCCCOPIES | -0.60 | 0.00 | 50.08 |
| 3354252-13 | 07/16/2020 | 43  -LCCCCOMMIS | -6.69 | 0.00 | 43.39 |
| 3354493-13 | 07/18/2020 | 162  -LCCCMULTI- | -23.00 | 0.00 | 20.39 |
| 3354815-8 | 07/23/2020 | 43  -LCCCCOMMIS | -14.20 | 0.00 | 6.19 |
| 2573405-0 | 07/24/2020 | 2  -TILL 10222 RECEIPT / KATHALEEN BL | 0.00 | 150.00 | 156.19 |
| 3355000-10 | 07/25/2020 | 162  -LCCCMULTI- | -5.60 | 0.00 | 150.59 |
| 3355091-3 | 07/27/2020 | 44  -LCCCCOPIES | -0.30 | 0.00 | 150.29 |
| 3356424-40 | 08/05/2020 | 291  -PAYROLL | 0.00 | 110.40 | 260.69 |
| 3356550-6 | 08/05/2020 | 42  -LCCCCABLET | -12.00 | 0.00 | 248.69 |
| 3356566-6 | 08/05/2020 | 45  -LCCCELECFE | -3.00 | 0.00 | 245.69 |
| 3356908-1 | 08/07/2020 | 44  -LCCCCOPIES | -1.50 | 0.00 | 244.19 |
| 3357002-22 | 08/07/2020 | 162  -LCCCMULTI- | -27.00 | 0.00 | 217.19 |
| 3357387-22 | 08/13/2020 | 43  -LCCCCOMMIS | -12.44 | 0.00 | 204.75 |
| 3357574-3 | 08/14/2020 | 44  -LCCCCOPIES | -0.30 | 0.00 | 204.45 |
| 3357626-18 | 08/15/2020 | 162  -LCCCMULTI- | -48.00 | 0.00 | 156.45 |
| 3358027-10 | 08/20/2020 | 43  -LCCCCOMMIS | -21.85 | 0.00 | 134.60 |
| 3358252-15 | 08/22/2020 | 162  -LCCCMULTI- | -38.70 | 0.00 | 95.90 |
| 3358309-3 | 08/24/2020 | 44  -LCCCCOPIES | -0.60 | 0.00 | 95.30 |
| 3358527-10 | 08/27/2020 | 43  -LCCCCOMMIS | -8.82 | 0.00 | 86.48 |
| 3358806-10 | 08/29/2020 | 162  -LCCCMULTI- | -19.75 | 0.00 | 66.73 |
| 3359324-10 | 09/03/2020 | 43  -LCCCCOMMIS | -8.94 | 0.00 | 57.79 |
| 3359634-41 | 09/04/2020 | 291  -PAYROLL | 0.00 | 100.80 | 158.59 |
| 3359772-5 | 09/04/2020 | 45  -LCCCELECFE | -3.00 | 0.00 | 155.59 |
| 3359774-5 | 09/04/2020 | 42  -LCCCCABLET | -12.00 | 0.00 | 143.59 |
| 3360220-44 | 09/05/2020 | 162  -LCCCMULTI- | -26.25 | 0.00 | 117.34 |

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 17 of 34

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 280866 | | | Location LEMON CREEK CC | | Cell: D14 B | |
|---|---|---|---|---|---|---|---|

Offender Name: BEEBE, JEREMY CHARLES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3360488-13 | 09/10/2020 | 43 | -LCCCCOMMIS | | -10.21 | 0.00 | 107.13 |
| 3360791-77 | 09/12/2020 | 162 | -LCCCMULTI- | | -9.25 | 0.00 | 97.88 |
| 3361299-10 | 09/19/2020 | 162 | -LCCCMULTI- | | -26.50 | 0.00 | 71.38 |
| 3361366-1 | 09/21/2020 | 44 | -LCCCCOPIES | | -0.60 | 0.00 | 70.78 |
| 3361366-2 | 09/21/2020 | 44 | -LCCCCOPIES | | -1.20 | 0.00 | 69.58 |
| 2581392-0 | 09/23/2020 | 2 | -TILL 10222 RECEIPT / KATHY BLACKB | | 0.00 | 300.00 | 369.58 |
| 3361647-11 | 09/24/2020 | 43 | -LCCCCOMMIS | | -14.64 | 0.00 | 354.94 |
| 3361927-15 | 09/26/2020 | 162 | -LCCCMULTI- | | -32.25 | 0.00 | 322.69 |
| 3362260-5 | 10/01/2020 | 43 | -LCCCCOMMIS | | -8.18 | 0.00 | 314.51 |
| 3362489-9 | 10/03/2020 | 162 | -LCCCMULTI- | | -12.75 | 0.00 | 301.76 |
| 3362806-41 | 10/05/2020 | 291 | -PAYROLL | | 0.00 | 105.60 | 407.36 |
| 3363135-2 | 10/05/2020 | 49 | -LCCCPOSTAG | | -1.20 | 0.00 | 406.16 |
| 3363437-5 | 10/06/2020 | 42 | -LCCCCABLET | | -12.00 | 0.00 | 394.16 |
| 3363438-5 | 10/06/2020 | 45 | -LCCCELECFE | | -3.00 | 0.00 | 391.16 |
| 3363663-5 | 10/08/2020 | 42 | -LCCCCABLET | | -10.71 | 0.00 | 380.45 |
| 3363877-1 | 10/09/2020 | 49 | -LCCCPOSTAG | | -2.40 | 0.00 | 378.05 |
| 3363878-5 | 10/09/2020 | 44 | -LCCCCOPIES | | -6.75 | 0.00 | 371.30 |
| 3363929-5 | 10/09/2020 | 42R | -LCCCCABLET | | 0.00 | 10.71 | 382.01 |
| 3363952-5 | 10/09/2020 | 222 | -RETURN CRD | | 0.00 | 10.71 | 392.72 |
| 3363961-5 | 10/09/2020 | 43 | -LCCCCOMMIS | | -10.71 | 0.00 | 382.01 |
| 3363972-11 | 10/10/2020 | 162 | -LCCCMULTI- | | -5.50 | 0.00 | 376.51 |
| 3364338-12 | 10/15/2020 | 43 | -LCCCCOMMIS | | -20.56 | 0.00 | 355.95 |
| 3365354-9 | 10/29/2020 | 43 | -LCCCCOMMIS | | -7.44 | 0.00 | 348.51 |
| 3365408-5 | 10/30/2020 | 222R | -RETURN CRD | | -10.71 | 0.00 | 337.80 |
| 3365505-10 | 10/31/2020 | 162 | -LCCCMULTI- | | -32.75 | 0.00 | 305.05 |
| 3365958-51 | 11/05/2020 | 291 | -PAYROLL | | 0.00 | 105.60 | 410.65 |
| 3366309-10 | 11/05/2020 | 43 | -LCCCCOMMIS | | -5.08 | 0.00 | 405.57 |
| 3366637-12 | 11/07/2020 | 162 | -LCCCMULTI- | | -22.50 | 0.00 | 383.07 |
| 3367115-1 | 11/12/2020 | 44 | -LCCCCOPIES | | -1.35 | 0.00 | 381.72 |
| 3367373-61 | 11/14/2020 | 162 | -LCCCMULTI- | | -8.00 | 0.00 | 373.72 |
| 3368281-15 | 11/27/2020 | 43 | -LCCCCOMMIS | | -4.62 | 0.00 | 369.10 |
| 3368282-9 | 11/28/2020 | 162 | -LCCCMULTI- | | -9.00 | 0.00 | 360.10 |
| 3368878-8 | 12/03/2020 | 43 | -LCCCCOMMIS | | -15.99 | 0.00 | 344.11 |
| 3369021-50 | 12/04/2020 | 291 | -PAYROLL | | 0.00 | 100.80 | 444.91 |
| 3369300-13 | 12/05/2020 | 162 | -LCCCMULTI- | | -29.00 | 0.00 | 415.91 |
| 3370084-5 | 12/09/2020 | 42 | -LCCCCABLET | | -12.00 | 0.00 | 403.91 |
| 3370085-5 | 12/09/2020 | 45 | -LCCCELECFE / NOV ELE | | -3.00 | 0.00 | 400.91 |
| 3370086-5 | 12/09/2020 | 45 | -LCCCELECFE | | -3.00 | 0.00 | 397.91 |

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 18 of 34

# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### LEMON CREEK CC

Statement Date: 07/01/2020 To: 01/08/2021

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 280866 | | Location | LEMON CREEK CC | | Cell: D14 B |
|---|---|---|---|---|---|---|
| Offender Name: | BEEBE, JEREMY CHARLES | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3370223-8 | 12/10/2020 | 43 | -LCCCCOMMIS | -30.17 | 0.00 | 367.74 |
| 3370242-2 | 12/10/2020 | 44 | -LCCCCOPIES | -0.90 | 0.00 | 366.84 |
| 3370315-14 | 12/12/2020 | 162 | -LCCCMULTI- | -52.50 | 0.00 | 314.34 |
| 3370798-14 | 12/17/2020 | 43 | -LCCCCOMMIS | -18.15 | 0.00 | 296.19 |
| 3371056-12 | 12/19/2020 | 162 | -LCCCMULTI- | -25.50 | 0.00 | 270.69 |
| 3371499-5 | 12/24/2020 | 43 | -LCCCCOMMIS | -10.50 | 0.00 | 260.19 |
| 3371571-48 | 12/26/2020 | 162 | -LCCCMULTI- | -11.50 | 0.00 | 248.69 |
| 3371649-4 | 12/28/2020 | 162 | -LCCCMULTI- / HAINES | -10.00 | 0.00 | 238.69 |
| 3372175-14 | 01/02/2021 | 162 | -LCCCMULTI- | -30.50 | 0.00 | 208.19 |
| 3372511-47 | 01/05/2021 | 291 | -PAYROLL | 0.00 | 115.20 | 323.39 |
| 3372622-1 | 01/05/2021 | 44 | -LCCCCOPIES | -7.50 | 0.00 | 315.89 |
| 3373364-5 | 01/07/2021 | 42 | -LCCCCABLET | -12.00 | 0.00 | 303.89 |
| 3373370-5 | 01/07/2021 | 45 | -LCCCELECFE | -3.00 | 0.00 | 300.89 |
| 3373377-11 | 01/07/2021 | 43 | -LCCCCOMMIS | -9.33 | 0.00 | 291.56 |
| | | | Ending Balance | | | 291.56 |

| Account: | SAVING |
|---|---|
| Account | 0.00 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| | | -----No Transactions----- | | | 0.00 |
| | | Ending Balance | | | 0.00 |

---

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 19 of 34

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FIRST JUDICIAL DISTRICT AT JUNEAU

JEREMY CHARLES BEEBE,

               Plaintiff,

    v.

STATE OF ALASKA, DEPTARTMENT OF
CORRECTIONS, *et al.*,

               Defendants.

> **FILED IN CHAMBERS**
> STATE OF ALASKA
> FIRST JUDICIAL DISTRICT AT JUNEAU
> BY: MEL ON: March 8, 2021

Case No. 1JU-21-00512 CI

## ORDER ON FILING FEE EXEMPTION

Jeremy Charles Beebe seeks a prisoner filing fee exemption pursuant to AS 09.19.010

and *Barber v. State, Dept. of Corrections.*[1] Subsection (c) of that statute authorizes the Court to

grant an exemption, in part, of the filing fee. Subsection (d) specifies the amount of the

minimum filing fee exemption:

> In setting the fee, the court, at a minimum, shall require the prisoner to pay filing fees
> equal to 20 percent of the larger of the average monthly deposits made to the prisoner's
> account described in (b)(2) of this section, or the average balance in that account, not to
> exceed the amount of the full filing fee required under applicable court rules.[2]

Per the provided Statement of Account, Mr. Beebe's average monthly deposit for the

period was $183.37, 20% of which equals $36.67.[3] Mr. Beebe's average daily balance for the

---

[1] 314 P.3d 58 (Alaska 2013) (As applied to Barber, AS 09.19.010 violated the Alaska
Constitution's due process provision when he was required to pay a mandatory minimum filing
fee that exceeded his actual account balance at the time of filing.).
[2] AS 09.19.010(d).
[3] Financial Statement, Statement of Account, 1JU-21-00512 CI (Feb. 25, 2021). The required
time period is the "six-month period preceding the submission of the application." AS
09.19.010(b)(2). Mr. Beebe filed his Complaint on February 25, 2021 and provided a
Statement of Account covering July 1, 2020 to January 8, 2021; therefore, the applicable time
period should be from August 1, 2020 to January 31, 2021. However, given the protracted

period was $236.20, 20% of which equals $47.24.[4] The starting and ending account balances are $9.15 and $291.56 respectively.[5]

Considering Mr. Beebe's available income, the Court recognizes the exceptional circumstances in this case.[6] Accordingly Mr. Beebe's request for a filing fee exemption is granted. Mr. Beebe shall pay a filing fee of $47.24 – the larger of Beebe's average deposits versus average balance as required by AS 09.19.010 and which does not exceed Mr. Beebe's available funds as required by *Barber*.

Entered at Juneau, Alaska on March 8, 2021.

Amy Mead
Superior Court Judge

CERTIFICATION
Copies Distributed
Date 3/8/21
To Jeremy Beebe
                    – mail

By ELE

processes a prisoner is required to follow to not only acquire a Statement of Account but to file a civil case, the Court accepts Mr. Beebe's Statement and utilizes his full account transactions from July 1, 2020 to December 31, 2020 to calculate the necessary figures.
[4] *See* Financial Statement, Statement of Account.
[5] *Id.*
[6] Prisoner Request for Filing Fee Exemption, 1JU-21-00512 CI (Feb. 25, 2021); *see George v. State*, 944 P.2d 1181, 1185 (App. Ct. 1997).

*Alaska Court System*                                                                      1JU-21-512 CI
Order on Filing Fee Exemption                                                     Page 2 of 2

1JU-21-00512CI
3/8/2021

| | Balance | Month | Deposits |
|---|---|---|---|
| 1-Jul | $9.15 | July | $255.60 |
| 2-Jul | $4.89 | August | $110.40 |
| 3-Jul | $4.89 | September | $400.80 |
| 4-Jul | $0.39 | October | $127.02 |
| 5-Jul | $0.39 | November | $105.60 |
| 6-Jul | $90.99 | December | $100.80 |
| 7-Jul | $90.99 | **Average Monthly** | |
| 8-Jul | $90.99 | **Deposit** | **$183.37** |
| 9-Jul | $78.18 | | |
| 10-Jul | $78.18 | | |
| 11-Jul | $50.68 | | |
| 12-Jul | $50.68 | | **20% of Average Balance** |
| 13-Jul | $50.68 | | $47.24 |
| 14-Jul | $50.68 | | |
| 15-Jul | $50.08 | | **20% of Average Montly Deposit** |
| 16-Jul | $43.39 | | $36.67 |
| 17-Jul | $43.39 | | |
| 18-Jul | $20.39 | | |
| 19-Jul | $20.39 | | |
| 20-Jul | $20.39 | | |
| 21-Jul | $20.39 | | **TOTAL FILING FEE OWED BY PLAINTIFF** |
| 22-Jul | $20.39 | | |
| 23-Jul | $6.19 | | **$47.24** |
| 24-Jul | $156.19 | | |
| 25-Jul | $150.59 | | |
| 26-Jul | $150.59 | | |
| 27-Jul | $150.29 | | |
| 28-Jul | $150.29 | | |
| 29-Jul | $150.29 | | |
| 30-Jul | $150.29 | | |
| 31-Jul | $150.29 | | |
| 1-Aug | $150.29 | | |
| 2-Aug | $150.29 | | |
| 3-Aug | $150.29 | | |
| 4-Aug | $150.29 | | |
| 5-Aug | $245.69 | | |
| 6-Aug | $245.69 | | |
| 7-Aug | $217.19 | | |
| 8-Aug | $217.19 | | |
| 9-Aug | $217.19 | | |
| 10-Aug | $217.19 | | |
| 11-Aug | $217.19 | | |
| 12-Aug | $217.19 | | |
| 13-Aug | $204.75 | | |
| 14-Aug | $204.45 | | |
| 15-Aug | $156.45 | | |
| 16-Aug | $156.45 | | |
| 17-Aug | $156.45 | | |
| 18-Aug | $156.45 | | |

| | |
|---|---|
| 19-Aug | $156.45 |
| 20-Aug | $134.60 |
| 21-Aug | $134.60 |
| 22-Aug | $95.90 |
| 23-Aug | $95.90 |
| 24-Aug | $95.30 |
| 25-Aug | $95.30 |
| 26-Aug | $95.30 |
| 27-Aug | $86.48 |
| 28-Aug | $86.48 |
| 29-Aug | $66.73 |
| 30-Aug | $66.73 |
| 31-Aug | $66.73 |
| 1-Sep | $66.73 |
| 2-Sep | $66.73 |
| 3-Sep | $57.79 |
| 4-Sep | $143.59 |
| 5-Sep | $117.34 |
| 6-Sep | $117.34 |
| 7-Sep | $117.34 |
| 8-Sep | $117.34 |
| 9-Sep | $117.34 |
| 10-Sep | $107.13 |
| 11-Sep | $107.13 |
| 12-Sep | $97.88 |
| 13-Sep | $97.88 |
| 14-Sep | $97.88 |
| 15-Sep | $97.88 |
| 16-Sep | $97.88 |
| 17-Sep | $97.88 |
| 18-Sep | $97.88 |
| 19-Sep | $71.38 |
| 20-Sep | $71.38 |
| 21-Sep | $69.58 |
| 22-Sep | $69.58 |
| 23-Sep | $369.58 |
| 24-Sep | $354.94 |
| 25-Sep | $354.94 |
| 26-Sep | $322.69 |
| 27-Sep | $322.69 |
| 28-Sep | $322.69 |
| 29-Sep | $322.69 |
| 30-Sep | $322.69 |
| 1-Oct | $314.51 |
| 2-Oct | $314.51 |
| 3-Oct | $301.76 |
| 4-Oct | $301.76 |
| 5-Oct | $406.16 |
| 6-Oct | $391.16 |
| 7-Oct | $391.16 |
| 8-Oct | $380.45 |
| 9-Oct | $382.01 |

| | |
|---|---|
| 10-Oct | $376.51 |
| 11-Oct | $376.51 |
| 12-Oct | $376.51 |
| 13-Oct | $376.51 |
| 14-Oct | $376.51 |
| 15-Oct | $355.95 |
| 16-Oct | $355.95 |
| 17-Oct | $355.95 |
| 18-Oct | $355.95 |
| 19-Oct | $355.95 |
| 20-Oct | $355.95 |
| 21-Oct | $355.95 |
| 22-Oct | $355.95 |
| 23-Oct | $355.95 |
| 24-Oct | $355.95 |
| 25-Oct | $355.95 |
| 26-Oct | $355.95 |
| 27-Oct | $355.95 |
| 28-Oct | $355.95 |
| 29-Oct | $348.51 |
| 30-Oct | $337.80 |
| 31-Oct | $305.05 |
| 1-Nov | $305.05 |
| 2-Nov | $305.05 |
| 3-Nov | $305.05 |
| 4-Nov | $305.05 |
| 5-Nov | $405.57 |
| 6-Nov | $405.57 |
| 7-Nov | $383.07 |
| 8-Nov | $383.07 |
| 9-Nov | $383.07 |
| 10-Nov | $383.07 |
| 11-Nov | $383.07 |
| 12-Nov | $381.72 |
| 13-Nov | $381.72 |
| 14-Nov | $373.72 |
| 15-Nov | $373.72 |
| 16-Nov | $373.72 |
| 17-Nov | $373.72 |
| 18-Nov | $373.72 |
| 19-Nov | $373.72 |
| 20-Nov | $373.72 |
| 21-Nov | $373.72 |
| 22-Nov | $373.72 |
| 23-Nov | $373.72 |
| 24-Nov | $373.72 |
| 25-Nov | $373.72 |
| 26-Nov | $373.72 |
| 27-Nov | $369.10 |
| 28-Nov | $360.10 |
| 29-Nov | $360.10 |
| 30-Nov | $360.10 |

| | |
|---|---|
| 1-Dec | $360.10 |
| 2-Dec | $360.10 |
| 3-Dec | $344.11 |
| 4-Dec | $444.91 |
| 5-Dec | $415.91 |
| 6-Dec | $415.91 |
| 7-Dec | $415.91 |
| 8-Dec | $415.91 |
| 9-Dec | $397.91 |
| 10-Dec | $366.84 |
| 11-Dec | $366.84 |
| 12-Dec | $314.34 |
| 13-Dec | $314.34 |
| 14-Dec | $314.34 |
| 15-Dec | $314.34 |
| 16-Dec | $314.34 |
| 17-Dec | $296.19 |
| 18-Dec | $296.19 |
| 19-Dec | $270.69 |
| 20-Dec | $270.69 |
| 21-Dec | $270.69 |
| 22-Dec | $270.69 |
| 23-Dec | $270.69 |
| 24-Dec | $260.19 |
| 25-Dec | $260.19 |
| 26-Dec | $248.69 |
| 27-Dec | $248.69 |
| 28-Dec | $238.69 |
| 29-Dec | $238.69 |
| 30-Dec | $238.69 |
| 31-Dec | $238.69 |
| **Average Balance** | **$236.20** |

Jeremy Charles Beebe,     )
                          )
            Plaintiff,    )
                          )
vs.                       )
                          )     Case No. 1JU-21-00512CI
STATE OF ALASKA, DEPARTMENT )
OF CORRECTIONS, et. al.,   )
JARRAD ANDREWS, S.S. Sgt. LCCC )
CHASTITY WILSON, Medical Dept. )
Supervisor LCCC,           )
                          )
            Defendants    )
_____)

Filed in the Trial Courts
STATE OF ALASKA, FIRST DIST...
AT JUNEAU

MAY 2 7 2021

By_____

## SWORN AFFADAVIT

I Jeremy Charles Beebe Due Solemnly swear that I served
a copy of the summons to appear and a copy of the Eight page
complaint to the following Defendants:

1. STATE OF ALASKA, D.O.C. Attorney General
   P.O. Box 110300 JUneau Alaska 99811
2. Jerrod Andrews Sgt. L.C.C.C.
   2000 Lemon Creek Rd. Juneau Alaska 99801
3. Chastity Wilson Medical Department Supervisor
   2000 Lemon Creek Rd. Juneau Alaska 99801

VIA the Mail System, Certified, Return Receipt Requested,
and restricted delivery to the before mentioned Addresses
on 5-11-21. In support of this Affadavit is attached Exhibit "A".

I Declare, under oath, that the the above Sworn Affadavit is true.

5-25-21
(DATE)

Jeremy Charles Beebe

Subscribed and sworn to or affirmed before me in Juneau, Alaska

on May 25, 2021.

Notary Public

My commission expires: W/office

(SEAL)

STATE OF ALASKA
OFFICIAL SEAL
Derek S. Johnson
NOTARY PUBLIC
My commission expires with office

I certify that on this day 25, 2021 a copy of this affadavit was sent to:
1. State of Alaska D.O.C.     2. Juneau Trial Courts

**(Exhibit A)**

**1.**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

STATE OF ALASKA, D.O.C.
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 110300
Juneau AK 99811-0300

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 17 2021
State of Alaska
Department of Administration
Central Mail Services

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1828 6104 2049 27

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7003 2260 0007 2179 1751

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**2.**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

GERAD ANDREWS, S.S. L.C.C.C.
2000 Lemon Creek Road
Juneau Alaska 99801

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 19 2021
State of Alaska
Department of Administration
Central Mail Services

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3875 8060 8807 42

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7003 2260 0007 2179 1768

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**3.**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

CHASTITY WILSON, Medical Dept.
Supervisor L.C.C.C.
2000 Lemon Creek Road
Juneau Alaska 99801

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 19 2021
State of Alaska
Department of Administration
Central Mail Services

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3875 8060 8807 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7003 2260 0007 2179 1706

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

TO: Juneau Trial Courts       Ref: 1Ju 19-00995 CI
From: Jeremy Beebe                1Ju-21-00512 CI

Please send my Legal Mail

to:   Jeremy Beebe
      P.O. Box 453
      Wrangell Alaska
                      99929

Signature :  Jeremy Beebe

Until Further Notice

Filed in the Trial Courts
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

JUN 1 4 2021

By ___AS___ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

JEREMY BEEBE,

    Plaintiff,

v.

STATE OF ALASKA, DEPARTMENT
OF CORRECTIONS, et al., GERAD
ANDREWS, S.S. SGT. LCCC,
CHASTITY WILSON, Medical
Department Supervisor, LCCC,

    Defendants.

Case No. 1JU-21-00512CI

STATE OF ALASKA FIRST DISTRICT AT JUNEAU

JUN 1 7 2021

By

Deputy

## DEFENDANTS' NOTICE TO STATE COURT OF REMOVAL

To:    Clerk of the Court, Superior Court for the State of Alaska,
First Judicial District at Juneau

Please take notice that on June 17, 2021, defendants State of Alaska, Department

of Corrections, Chastity Wilson, and Jerrod Andrews filed a Notice of Removal to the

United States District Court for the District of Alaska. A copy of said Notice is attached

as Exhibit "1."

DATED: June 17, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By:    s/Andalyn Pace/
    Andalyn Pace
    Assistant Attorney General
    Alaska Bar No. 1305025

Department of Law, Civil Division
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190 Fax: (907) 258-0760

TREG R. TAYLOR
ATTORNEY GENERAL

Andalyn Pace (Alaska Bar No. 1305025)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: andalyn.pace@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMY BEEBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:20-cv-_____ |
| ) | State Court Case No. 1JU-21-00512CI |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF CORRECTIONS, et al., GERAD ) | **NOTICE OF REMOVAL** |
| ANDREWS, S.S. SGT. LCCC, ) | |
| CHASTITY WILSON, Medical ) | |
| Department Supervisor, LCCC, ) | |
| ) | |
| Defendants. ) | |

Defendants State of Alaska, Department of Corrections, Chastity Wilson, and

Jerrod Andrews, under 28 U.S.C. §§ 1441(a) and 1446, provide notice of the removal of

the above-captioned case from the Superior Court for the State of Alaska, First Judicial

District at Juneau, Case No. 1JU-21-00512 CI, to this Court. The removal is based on the

following grounds:

Case 1:21-cv-00012-SLG   Document 10   Filed 07/09/21   Page 30 of 34

1.    Plaintiff Jeremy Beebe's Complaint asserts federal claims. At paragraphs 37, 38, 47, and 48, plaintiff Jeremy Beebe alleges that defendants Chastity Wilson and Jerrod Andrews violated his rights guaranteed under the 8th and 14th Amendments of the United States Constitution. The action therefore arises under the Constitution, laws, or treaties of the United States.

2.    The action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

3.    This Notice of Removal is being filed within thirty days after plaintiff served the Complaint on defendants Chastity Wilson and Jerrod Andrews and it was first ascertained that the case was removable. This Notice is therefore timely filed under 28 U.S.C. § 1446(b).

4.    All defendants consent to removal under 42 U.S.C. § 1446(b)(2)(C).

5.    Written notice of the filing of this Notice will promptly be given to adverse parties as required by 28 U.S.C. § 1446(d).

6.    A Notice to State Court of Removal will be filed in the Superior Court for the State of Alaska, First Judicial district at Juneau, Case No. 1JU-21-00512 CI.

DATED: June 17, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By:    /s/Andalyn Pace
       Andalyn Pace
       Assistant Attorney General
       Alaska Bar No. 1305025
       Department of Law
       1031 West Fourth Avenue, Ste. 200
       Anchorage, AK 99501
       Phone:  (907) 269-5190
       Facsimile:  (907) 258-0760
       Email:  andalyn.pace@alaska.gov
       Attorney for Defendants

Certificate of Service
I certify that on June 17, 2021 the foregoing **Notice of Removal** was served via USPS
mail on:

Jeremy C. Beebe
Lemon Creek Correctional Center
2000 Lemon Creek Road
Juneau, AK  99801

/s/Andalyn Pace
Andalyn Pace, Assistant Attorney General

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

JEREMY BEEBE,

      Plaintiff,

v.

STATE OF ALASKA, DEPARTMENT
OF CORRECTIONS, et al., GERAD
ANDREWS, S.S. SGT. LCCC,
CHASTITY WILSON, Medical
Department Supervisor, LCCC,

      Defendants.

Case No. 1JU-21-00512CI

STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

JUN 17 2021

By_____ Deputy

## CERTIFICATE OF SERVICE

    I certify that on June 17, 2021, a true and correct copy of the **Defendants' Notice To State Court Of Removal** and this **Certificate of Service** were served on the following via mail:

        Jeremy C. Beebe
        Lemon Creek Correctional Center
        2000 Lemon Creek Road
        Juneau, AK 99801

                        s/Sabrina L. Riley/
                        Sabrina L. Riley
                        Law Office Assistant

Department of Law, Civil Division
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190 Fax: (907) 258-0760

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

JEREMY BEEBE,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
STATE OF ALASKA, DEPARTMENT　)
OF CORRECTIONS, et al., GERAD　)
ANDREWS, S.S. SGT. LCCC,　　　　)
CHASTITY WILSON, Medical　　　　)
Department Supervisor, LCCC,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　)　　Case No. 1JU-21-00512CI

Filed in the Trial Court's
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

JUN 1 8 2021

By_____Deputy

### AMENDED CERTIFICATE OF SERVICE

I certify that a true and correct copy of the previously filed **Defendants' Notice to State Court of Removal**; and this **Certificate of Service** were served on June 17, 2021.[1]

　　　　Jeremy C. Beebe
　　　　Anchorage Correctional Complex
　　　　1400 E 4th Avenue
　　　　Anchorage, AK 99501

　　　　　　　　　　　　　　　　s/Sabrina L. Riley/
　　　　　　　　　　　　　　　　Sabrina L. Riley
　　　　　　　　　　　　　　　　Law Office Assistant

**Department of Law, Civil Division**
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190 Fax: (907) 258-0760

---

[1]　　Mr. Beebe indicated in a recent filing that he is being transferred to federal custody. Defendants have ascertained that he is currently at the Anchorage Correctional Complex. Understanding that Mr. Beebe is in transits, defendants would like to highlight the necessity for an official filing indicating a new address.