# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JEREMY BEEBE,

        Plaintiff,

  v.

STATE OF ALASKA, *et al.*,

        Defendants.

Case No. 1:21-cv-00012-SLG

## **ORDER RE STATE'S MOTION TO DISMISS**

Before the Court at Docket 8 is *Defendant State of Alaska, Department of Corrections' Motion to Dismiss.* No response was filed by the *pro se* Plaintiff. DOC is entitled to dismissal because Plaintiff has not alleged any facts supporting a claim for relief against it. The dismissal will be with prejudice, because arms of the State are not persons under Section 1983. *See Will v. Mich. Dep't of State Police*, 491 U.S. 58, 70 (1989).

Therefore, IT IS ORDERED that the motion to dismiss the State of Alaska is GRANTED, and the State of Alaska, Department of Corrections is hereby dismissed with prejudice.

DATED this 23rd day of August, 2021 at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE