# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMY BEEBE,<br><br>    Plaintiff,<br><br>  v.<br><br>GERAD ANDREWS, S.S. SGT. LCCC, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-00012-SLG |

## ORDER REGARDING LETTER TO COURT

On November 24, 2021, the Court received a letter from Jack L. Earl, Jr. Mr. Earl is an inmate at Goose Creek Correctional Center and is not a licensed attorney. Mr. Beebe has elected to proceed *pro se*, and a *pro se* litigant's interests may only be represented by the litigant himself or by a licensed attorney.[1] Mr. Earl is not an attorney and may not appear in this action or otherwise contact the Court to advocate for Mr. Beebe.

The Court will take no further action regarding Mr. Earl's letter. The Clerk of Court directed to docket the letter as an attachment to this order.

DATED this 13th day of December, 2021, at Anchorage, Alaska.

               */s/ Sharon L. Gleason*
               UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Wright*, 568 F.2d 142, 143 (9th Cir. 1978) ("The Supreme Court [in *Faretta v. California*] did not extend the sixth amendment to encompass the right to be represented before the bar of a court by a layman. Each circuit which has considered the question has held there is no right to representation by persons who are not qualified attorneys.").